1 **JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
2 E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
3 101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
4 Tel: (702) 805-8340
Fax: (702) 805-8340
5 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NORMA SCHLAGER, an Individual, | **CASE NO.: 2:21-cv-02169** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |
| INFINITY HOSPICE CARE OF LAS VEGAS, LLC., a Domestic Limited-Liability Company; NEVADA HOSPICE AND PALLIATIVE CARE, INC., a Domestic Corporation; DOES I -X; and ROE CORPORATIONS I -X. | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, NORMA SCHLAGER, by and through her attorneys, JENNY L. FOLEY, Ph.D, ESQ., of HKM EMPLOYMENT ATTORNEYS LLP, and Defendants INIFINITY HOSPICE CARE OF LAS VEGAS, LLC and NEVADA HOSPICE AND PALLIATIVE CARE, INC., by and through their attorney JESSICA R. GANDY, ESQ, of MESSNER REEVES LLP, hereby stipulate pursuant to LR IA 6-1, LR IA 6-2 to extend the time for Plaintiff to file her Opposition to Defendants' Motion to Dismiss (ECF No. 8). This is the first request for an extension to file the Opposition.

Defendants filed a Motion to Dismiss on January 21, 2022 (ECF No. 8). The current deadline for Plaintiff to file her Opposition to the Motion to Dismiss is February 4, 2022.

///

Page **1** of **2**

Plaintiff seeks a one-week extension to respond. The basis for this request is to accommodate Plaintiff's counsel's schedule who is working to meet a number of deadlines in other matters. This request is made in good faith and not for the purposes of delay.

The parties stipulate and agree through their respective counsel that the Court grant Plaintiff an extension of time, up to and including February 11, 2022, to file her Opposition.

| | |
|---|---|
| Dated this 3rd day of February 2022. | Dated this 3rd day of February 2022. |
| **HKM EMPLOYMENT ATTORNEYS LLP** | **MESSNER REEVES LLP** |
| /s/ Jenny L. Foley | /s/ Jessica R. Gandy |
| **JENNY L. FOLEY, Ph.D., ESQ.** | **JESSICA R. GANDY, ESQ.** |
| Nevada Bar No. 9017 | Nevada Bar No. 14202 |
| 101 Convention Center Drive, Suite 600 | 8945 West Russell Road, Suite 300 |
| Las Vegas, Nevada 89109 | Las Vegas, NV 89148 |
| Tel: (702) 805-8340 | Tel: (702) 363-5100 |
| Fax: (702) 805-8340 | Fax: (702) 363-5101 |
| E-mail: jfoley@hkm.com | E-mail: jgandy@messner.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**IT IS SO ORDERED.**

Dated this __3__ day of February, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT