**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NORMA SCHLAGER, an Individual, | **Case No.: 2:21-cv-02169-CDS-BNW** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| INFINITY HOSPICE CARE OF LAS VEGAS, LLC., a Domestic LimitedLiability Company; NEVADA HOSPICE AND PALLIATIVE CARE, INC., a Domestic Corporation; DOES I -X; and ROE CORPORATIONS I -X, | |
| Defendants. | |

Defendants Infinity Hospice Care of Las Vegas, LLC., and Nevada Hospice and Palliative Care, INC. ("Defendants"), through their counsel, Messner Reeves, LLP., and Plaintiff Norma Schlager ("Plaintiff"), through her counsel, HKM Employment Attorneys, LLP, having reached a global resolution, hereby stipulate and agree to dismiss all claims with prejudice, with each party to bear their own attorneys' fees and costs.

///

///

///

///

Page **1** of **2**

Dated this 12th day of January, 2023.

| HKM EMPLOYMENT ATTORNEYS LLP | MESSNER REEVES LLP |
|---|---|
| */s/ Jenny L. Foley* <br> **JENNY L. FOLEY, Ph.D., ESQ.** <br> Nevada Bar No. 9017 <br> 101 Convention Center Drive, Suite 600 <br> Las Vegas, Nevada 89109 <br> Tel: (702) 805-8340 <br> Fax: (702) 805-8340 <br> E-mail: jfoley@hkm.com <br> *Attorneys for Plaintiff* <br> *Norma Schlager* | */s/ Jessica R. Gandy* <br> **JESSICA R. GANDY, ESQ.** <br> Nevada Bar No. 14202 <br> 8945 W. Russell Road, Suite 300 <br> Las Vegas, Nevada 89148 <br> Tel: (702) 363-5100 <br> Fax: (702) 363-5101 <br> E-mail: jgandy@messner.com <br> *Attorneys for Defendants* <br> *Infinity Hospice Care of Las Vegas, LLC and Nevada Hospice and Palliative Care, Inc* |

**ORDER**

IT IS SO ORDERED.

_____
United States District Judge

Dated:  January 12, 2023